IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON, | |
| Plaintiff, | 8:23-CV-137 |
| vs. | |
| RYAN CARSON, District Judge, et al., | ORDER |
| Defendants. | |

The plaintiff was previously ordered to file a second amended complaint consistent with the Court's initial review, on or before December 29, 2023. *See* filing 21; filing 24. That deadline has passed, and the plaintiff has not complied with the Court's order, nor has he taken any other action to prosecute his claims. And an involuntary dismissal for failure to comply with the Court's order or failure to prosecute is within the Court's discretion. Fed. R. Civ. P. 41(b); *see Schooley v. Kennedy,* 712 F.2d 372, 373-74 (8th Cir. 1983). The plaintiff has failed to comply with the Court's previous orders and has generally failed to prosecute the case. Accordingly,

IT IS ORDERED:

1. The plaintiff's complaint is dismissed.

2. A separate judgment will be entered.

Dated this 15th day of March, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge